**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Michael Kevin Dillon                                                            Case No. 9:12-bk-03238-FMD
Debtor(s)
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE**
**TO MAKE PLAN PAYMENTS TO TRUSTEE**

    JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

    1.   As of February 12, 2013, the Debtor(s) are delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $1658.00, which sum is through and including the February, 2013 payment.

    2.   The Debtor's failure to make timely payments to the Chapter 13 Trustee is in violation of the terms of the Order Establishing Duties of the Debtor entered in this case and constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as willful failure of the Debtor(s) to abide by Orders of the Court and is an unreasonable delay that is prejudicial to creditors.

    WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

    I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss For Failure to Make Plan Payments to Trustee was furnished, electronically or by U.S. Mail, to **Michael Kevin Dillon,  6310 Pandola Rd, , Fort Myers, FL  33905**,       and **Allan T. Griffith, Esq., 2100 McGregor Blvd., , Fort Myers, FL  33901-3418,**  on February 12, 2013.

                                                                                     /s/ Jon M. Waage
                                                                                   Jon M. Waage, TRUSTEE
                                                                                   Post Office Box 25001
                                                                                  Bradenton, Florida 34206-5001
                                                                                 Phone (941) 747-4644
                                                                                 Fax (941) 750-9266

JMW/jlz